BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HOLEY, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
EMAIL: katherine.holey@usdoj.gov

**ORIGINAL**

U.S. COURTS
NOV 15 2017
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM FISCHER,<br><br>Defendant. | Case No. **CR-17-304-S-BLW**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 924(e)<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(viii)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)**
**18 U.S.C. § 2**

Indictment - 1

On or about September 26, 2017, in the District of Idaho, the defendant, David William Fischer, did knowingly and intentionally possess with intent to distribute five (5) grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT TWO

### Unlawful Possession of Firearms and Ammunition
### 18 U.S.C. §§ 922(g)(1), 924(e)

On or about September 26, 2017, in the District of Idaho, the defendant, David William Fischer, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: Aggravated Battery, in violation of Idaho Code § 18-907, on August 19, 2014, in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, did knowingly possess in and affecting commerce firearms and ammunition, to-wit: a European American Armory (EAA), Model Witness P-S, 9x19 mm caliber pistol with serial number EA83994; a Taurus PT-140 PRO .40 caliber semi-automatic pistol with serial number SCY89611; approximately seventeen (17) rounds of 9mm caliber ammunition; and approximately five (5) rounds of .40 caliber ammunition; said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT THREE

### Possession of Firearms in Furtherance of
### a Drug Trafficking Crime
### 18 U.S.C. § 924(c)

**Indictment** - 2

On or about September 26, 2017, in the District of Idaho, the defendant, David William Fischer, knowingly possessed firearms, to wit: a European American Armory (EAA), Model Witness P-S, 9x19 mm caliber pistol with serial number EA83994; and a Taurus PT-140 PRO .40 caliber semi-automatic pistol with serial number SCY89611; in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841, as charged in Count One of this Indictment; all in violation of Title 18, United States Code, Section 924(c).

## CRIMINAL FORFEITURE ALLEGATIONS

### Drug Forfeiture
### 21 U.S.C. § 853

As a result of the violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B(viii) as set forth in Count One, the defendant, David William Fischer, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the following properties:

Seized Personal Property. Currency in the approximate amount of $3,275.00 seized from the defendant at the time of his arrest.

Cash Proceeds: At least the sum of $3,275.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

**Indictment - 3**

## Firearm Forfeiture
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As a result of the violations of Title 18, United States Code, Sections 922(g)(1), set forth in Counts Two and Three of this Indictment, the defendant, David William Fischer, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense, including but not limited to the following:

Personal Property:

A.  a European American Armory (EAA), Model Witness P-S, 9x19 mm caliber pistol with serial number EA83994;

B.  Taurus PT-140 PRO .40 caliber semi-automatic pistol with serial number SCY89611;

C.  approximately seventeen (17) rounds of 9mm caliber ammunition; and

D.  approximately five (5) rounds of .40 caliber ammunition.

**Substitute Assets as to all forfeiture allegations:**

Pursuant to 21 U.S.C. § 853 and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third person;

c.  Has been placed beyond the jurisdiction of the court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property which cannot be subdivided without difficulty.

Indictment - 4

Dated this 14 day of November, 2017.

A TRUE BILL

/s/ [signature on reverse]

---

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

KATHERINE L. HOLEY
ASSISTANT U.S. ATTORNEY

Indictment - 5