BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE HORWITZ
ASSISTANT UNITED STATES ATTORNEY
OKLAHOMA STATE BAR NO. 30110
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM FISCHER,<br><br>Defendant. | Case No. 1:17-cr-00304-BLW<br><br>**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO CONTINUE THE SUPPRESSION HEARING (ECF 36)** |

The United States of America and Bart M. Davis, United States Attorney for the District of Idaho, and Assistant United States Attorney Katherine Horwitz, hereby object to defendant David William Fischer's Motion to Continue the Suppression Hearing, ECF 36.

On September 26, 2017, law enforcement executing an arrest warrant discovered Fischer in a hotel room with, *inter alia*, two backpacks containing two handguns, approximately forty-four grams of methamphetamine, oxycodone, marijuana, two Samsung cellular telephones, and $3,275 in cash bundles on the

GOVERNMENT'S RESPONSE TO SUPPRESSION MOTION—1

bed.  Fischer was indicted on November 14, 2017.  ECF 1.  Four months later, on March 20, 2018, Fischer filed a motion to suppress all evidence discovered in the hotel room.  ECF 14.  The government responded on April 3, 2018, and the defendant did not file a reply.  *See* ECF 18.  After the issue was fully briefed, the suppression hearing was scheduled for July 12, 2018.  ECF 21.  The day before the hearing, on July 11, the defendant requested a continuance of the hearing.  ECF 24.  After granting the motion to continuance, the Court reset this hearing for October 5, 2018.  ECF 29.  Again, the defendant sought a continuance of the hearing.  ECF 31.  This second continuance was granted and the matter set a third time for the current scheduled date of November 13.  ECF 34.  Presently, the defendant asks for a fourth continuance of this hearing, asking that this matter be set after December 2, 2018.  ECF 36.

The Government opposes this fourth continuance.  While the government is happy to accommodate scheduling difficulties, the present—and fourth—request to reschedule would render the hearing date within two weeks of the currently scheduled trial, December 17, 2018.  This temporal proximity suggests that the trial date may too be reset.  So long as the trial date remains as currently scheduled, however, the government is happy to accommodate a new date for the suppression hearing.

Respectfully submitted this 2nd day of November, 2018.

                        BART M. DAVIS
                        UNITED STATES ATTORNEY
                        By:


                        /s/ *Katherine Horwitz*
                        Katherine Horwitz
                        Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2018, the foregoing **OBJECTION TO MOTION TO CONTINUE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Rob S. Lewis<br>960 Broadway #210<br>Boise, ID 83701<br>(208) 338-1273<br>robslewis@hotmail.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

    /s/ *Katherine Horwitz*
    Katherine Horwitz
    Assistant United States Attorney